IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CR-55-CAR-CHW-1 |
| GLENMAINE RECO SCOTT, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Glenmaine Reco Scott's Unopposed Motion to Continue [Doc. 18] the pretrial conference scheduled for September 8, 2023, and the trial, which is set to begin on September 25, 2023, in Macon, Georgia. On October 11, 2022, the Grand Jury returned a five-count indictment charging Defendant with Identity Theft—Unlawful Possession of a Means of Identification; Identity Theft—Possession with Intent to Use Five or More False Identification Documents; two counts of Aggravated Identity Theft; and Access Device Fraud—Possession of Fifteen or More Counterfeit or Unauthorized Access Devices. On July 7, 2023, Defendant was arrested. On July 18, 2023, he was appointed counsel, pled not guilty at his arraignment, and was ordered detained pending trial. This case has not been previously continued, and the Government does not oppose Defendant's request.

In the Motion, defense counsel states that discovery was provided on July 21, 2023, and includes an extensive criminal history spanning multiple states, as well as

1

information about multiple potential identity theft victims. Thus, additional time is needed for Defendant and his counsel to review the discovery, conduct investigation, and determine next steps. The Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 18] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until December 4, 2023, the next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 6th day of September, 2023.

                                        s/ C. Ashley Royal_____
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT